540 A.2d 530

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Robert Dale PARKER, Jerry E. Baney, Jr., Robert W. Vanemon, Robert Walter Colley, Jr., Eugene E. Crawford, James White, Jr., Hazen Earl Robson, James Oliver Delk, Samuel J. Walter, Larry E. Route, William McKissick, Robert Hilling, Eugene E. Schuler, Jr., William E. Furman, II, Raymond M. Rader, Jr., William Bogart, John R. Zubler, William K. Theis, Jr., Hilton L. Mayes, Jr., Juliet Lynn Andrews, Gregory Madden, Barbara Daugherty, Jack E. Gardner, Roxanne M. Puterbaugh, Paul F. Bower, Craig Fink, George Patrick Morgan, Richie Wesley Morrison, Jeffrey A. Quiggle, Hal Burton Terry, Craig Pysher, David Hensler, Elwood E. Jacoby James Vermeulen, Michael Flanigan, Todd Horak, Marshall Flanigan, David McCloskey, Clifford J. Jones, Scott Dennis Drawbaug, Ned N. Sweitzer, and Thelma J. Eckman, Donald Bassett, Gerald Wert, Dean Confer, James P. McNamee, Jr., Dennis J. Kell, Walter V. Boyer, III, Randy W. Myers, Dennis M. Weyandt, Gerald W. Gray, Lonnie Stephen Dangle, Wayne D. Allen, Denise Louise Calehuff, Ronald Stanton, Frank Morrone, Theresa L. Dick, Respondents.

Supreme Court of Pennsylvania.

April 26, 1988.

66

PER CURIAM.

The Commonwealth's petition for allowance of appeal is granted. The Order of Superior Court is reversed. In light of this Court's decision in *Commonwealth v. Revtai*, 516 Pa. 53, 532 A.2d 1 (1987), the following cases are remanded to the Court of Common Pleas of Lycoming County for a hearing on the question of prejudice:

Commonwealth v. Larry E. Route No. 85–10,368

Commonwealth v. James P. McNamee, Jr. No. 85–10,541

Commonwealth v. Theresa L. Dick No. 85–10,485

Commonwealth v. Clifford J. Jones No. 85–10,471

Commonwealth v. Robert Walter Colley, Jr. No. 85–10,489

Commonwealth v. Hagen Earl Robson No. 85–10,512

Commonwealth v. Raymond M. Rader, Jr. No. 85–10,441

Commonwealth v. Juliet Lynn Andrews No. 85–10,642

Commonwealth v. Barbara Daugherty No. 85–10,702

Commonwealth v. Frank Morrone No. 85–10,472

The following cases are remanded to the Court of Common Pleas of Lycoming County for reinstatement of the complaint against the respondents:

Commonwealth v. Jerry E. Baney, Jr. No. 85–10,356

Commonwealth v. Eugene E. Crawford No. 85–10,629

Commonwealth v. James Oliver Delk No. 85–10,401

Commonwealth v. William McKissick No. 85–10,114

Commonwealth v. William Bogart No. 85–10,335

Commonwealth v. William K. Theis, Jr. No. 85–10,325

Commonwealth v. Roxanne M. Puterbaugh No. 85–10,636

Commonwealth v. Craig Fink No. 85–10,410

Commonwealth v. George Patrick Morgan No. 85–10,418

Commonwealth v. Richie Wesley Morrison No. 85–10,404

Commonwealth v. Jeffrey A. Quiggle No. 85–10,456

Commonwealth v. Hal Burton Terry No. 85–10,419
Commonwealth v. Craig Pysher No. 85–10,269
Commonwealth v. Elwood E. Jacoby No. 85–10,421
Commonwealth v. David Hensler No. 84–10,045
Commonwealth v. James Vermeulen No. 85–10,182
Commonwealth v. David McCloskey No. 85–10,321
Commonwealth v. Scott Dennis Drawbaugh No. 85–10,516
Commonwealth v. Ned N. Sweitzer No. 85–10,591
Commonwealth v. Gerald Wert No. 85–10,371
Commonwealth v. Randy W. Myers No. 85–10,212
Commonwealth v. Gerald W. Gray No. 85–10,320
Commonwealth v. Wayne D. Allen No. 85–10,503

The following cases are remanded to the Court of Common Pleas for reconsideration in light of *Revtai, supra:*

Commonwealth v. William E. Furman, II No. 85–10,110
Commonwealth v. Eugene E. Schuler, Jr. No. 85–10,442
Commonwealth v. Robert Hilling No. 85–10,249
Commonwealth v. Samuel J. Walter No. 85–10,564
Commonwealth v. James White, Jr. No. 85–10,574
Commonwealth v. Robert W. Vanemon No. 85–10,395
Commonwealth v. Robert Dale Parker No. 85–10,650
Commonwealth v. John R. Zubler No. 85–10,279
Commonwealth v. Hilton L. Mayes, Jr. No. 85–10,026
Commonwealth v. Gregory Madden No. 85–10,422
Commonwealth v. Paul F. Bower No. 85–10,358
Commonwealth v. Todd Horak No. 85–10,148
Commonwealth v. Marshall E. Flanigan, Sr. No. 85–10,-047
Commonwealth v. Thelma J. Eckman No. 85–10,464
Commonwealth v. Donald Bassett No. 85–10,569
Commonwealth v. Dennis J. Kell No. 85–10,403
Commonwealth v. Walter V. Boyer, III No. 85–10,514
Commonwealth v. Dennis M. Weyandt No. 85–10,639
Commonwealth v. Lonnie Stephen Dangle No. 85–10,536
Commonwealth v. Denise Louise Calehuff No. 85–10,258
Commonwealth v. Ronald Stanton No. 85–10,370

Commonwealth v. Jack E. Gardner No. 85–10,538

Commonwealth v. Dean Confer No. 85–10,359

As there was no violation of Pa.R.Crim.P. Rule 130(d) in *Commonwealth v. Michael Flanigan* at No. 85–10,147, this case is remanded to the Court of Common Pleas of Lycoming County for reinstatement of the complaint against respondent.